B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oakley, Keith** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Oakley, Susan** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Keith Alan Oakley** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Susan Michelle Oakley** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3362** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9132** |
| Street Address of Debtor (No. and Street, City, and State):<br>**903 Swift Bear Street**<br>**Henderson, NV**<br>ZIP Code **89002** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**903 Swift Bear Street**<br>**Henderson, NV**<br>ZIP Code **89002** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Oakley, Keith** **Oakley, Susan** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ David L. Tanner, Esq.**     **September 5, 2009** Signature of Attorney for Debtor(s)         (Date) **David L. Tanner, Esq. #002366** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Oakley, Keith** <br> **Oakley, Susan** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Keith Oakley**
Signature of Debtor  **Keith Oakley**

**X  /s/ Susan Oakley**
Signature of Joint Debtor  **Susan Oakley**

Telephone Number (If not represented by attorney)

**September 5, 2009**
Date

### Signature of Attorney*

**X  /s/ David L. Tanner, Esq.**
Signature of Attorney for Debtor(s)
**David L. Tanner, Esq. #002366**
Printed Name of Attorney for Debtor(s)
**David L. Tanner, Esq., P.C.**
Firm Name
**7472 West Sahara Avenue**
**-Suite 101-**
**Las Vegas, NV 89117-2748**
Address

**Email: tannerlaw@mpowercom.net**
**(702) 256-6999    Fax:(702)256-8999  Fax: (702) 256-8999**
Telephone Number
**September 5, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **Keith Oakley**
       **Susan Oakley**
       _____
                          Debtor(s)

Case No. _____
Chapter  **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Keith Oakley**
                       **Keith Oakley**

Date:   **September  5, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

**United States Bankruptcy Court**
**District of Nevada**

In re  **Keith Oakley**
**Susan Oakley**
_____   Case No. _____
                    Debtor(s)          Chapter   **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Susan Oakley**
                       **Susan Oakley**

Date:   **September  5, 2009**

```
Keith Oakley
Susan Oakley
903 Swift Bear Street
Henderson, NV 89002

David L. Tanner,  Esq.
David L. Tanner, Esq., P.C.
7472 West Sahara Avenue
-Suite 101-
Las Vegas, NV 89117-2748

American Express
Acct No ***1005
Box 0001
Los Angeles, CA 90096-0001

ASC
Acct No ***4476
POB 60768
Los Angeles, CA 90060-0768

ASC
Acct No ***4476
POB 10388
Des Moines, IA 50306-0388

ASC (B)
Acct No ***4476
POB 10388
Des Moines, IA 50306

Aurora Loan Services
Acct No *****3455
P O Box 78111
Phoenix, AZ 85062-8111

Aurora Loan Services
Acct No *****3455
P O Box 1706
Scottsbluff, NE 69363-1706

Aurora Loan Services
Acct No *****3455
P O Box 5180
Denver, CO 80217-5180

Aurora Loan Services
Acct No *****3455
10350 Park Meadows Drive
Littleton, CO 80124

Aurora Loan Services (B)
Acct No *****7477
P O Box 78111
Phoenix, AZ 85062-8111
```

```
BAC Home Loans Svc.  (1st Mtg) (B)
Acct No ****2979
c/o McCalla Raymer, LLC / BK DEPT.
1544 Old Alabama Road
Roswell, GA 30076

Bank of America (B)
Acct No ***6559
PO Box 851001
Dallas, TX 75285-1001

Bank of America - (B)
Acct No *******4554
POB 30750
Los Angeles, CA 90030-0750

Bank of America - Billing
Acct No *******4554
P O Box 851001
Dallas, TX 75285-1001

Bank of America - Inquiries
Acct No *******4554
P O Box 15026
Wilmington, DE 19850-5026

Capital One
Acct No ****7777
P.O. Box 60024
City Of Industry, CA 91716-0024

Capital One - Credit Card 2009
Acct No ****7406
POB 60599
City Of Industry, CA 91716-0599

Chad Oakley
903 Swift Bear Street
Henderson, NV 89002

Charlotte Clark
Acct No ***1005
7472 West Sahara Avenue #101
Las Vegas, NV 89117

Charlotte Clark - Member / Manager
Acct No ***1005
7472 West Sahara Avenue #101
Las Vegas, NV 89117

Charlotte Clark @ Tanner Law Office
Acct No ***1005
7472 West Sahara Avenue #101
Sterling Park - Suite 101
Las Vegas, NV 89117-2748
```

```
Chase - Cardmember Services 2009
Acct No ****3586
P O Box 94014
Palatine, IL 60094-4014

Chase - Inquiries
Acct No ****3586
Cardmember Services
POB 15298
Wilmington, DE 19850-5298

Citi Cards (B)
Acct No ***8241
POB 6401
The Lakes, NV 88901-6401

Citi Cards 2009
Acct No ***5266
POB 45129
Jacksonville, FL 32232

Citi Platinum (B)
Acct No ***4913
POB 6000
The Lakes, NV 89163

Citibank (South Dakota)
Acct No ****5224
Processing Center
Des Moines, IA 50364

Citibank (South Dakota) (B)
Acct No ****5224
POB 9025
Des Moines, IA 50368

Citibank (South Dakota) 2009
Acct No ****5224
Processing Center
Des Moines, IA 50364-0001

Citibank (South Dakota) GREAT INDOOR (B)
Acct No ***5266
POB 688957
Des Moines, IA 50368

Citibank (South Dakota) THE GREAT INDOOR
Acct No ****5224
POB 688957
Des Moines, IA 50368

Clark County Credit Union
Acct No ****5339
POB 36490
Las Vegas, NV 89133
```

```
Clark County Credit Union
Acct No ***5339
POB 36490
Las Vegas, NV 89133-6490

Clark County Credit Union
Acct No ***5339
POB 36490
attn: Kimo Witt
Las Vegas, NV 89133-6490

Clark County Credit Union (B)
Acct No ***5339
POB 36490
Las Vegas, NV 89133

Clark County Treasurer
Acct No rental #2
500 S. Grand Central Pkwy
POB 551220
Las Vegas, NV 89155

Clark County Treasurer
500 South Grand Central Parkway
P O Box 551220
Las Vegas, NV 89155-1220

Clark County Treasurer (B)
500 South Grand Central Parkway
P O Box 551220
Las Vegas, NV 89155-1220

Clark County Water Reclaimation (B)
Acct No Rental #1
P O Box 98526
Las Vegas, NV 89193-8526

David L. Tanner, Esq.
Acct No ***1005
7472 West Sahara Avenue #101
Las Vegas, NV 89117

David L. Tanner, Esq.
Acct No ***1005
Attn: Master Court Calendar
7472 West Sahara Avenue - #101
- Sterling Park Office -
Las Vegas, NV 89117-2748

David L. Tanner, Esq. / Calendaring
Acct No ***1005
7472 West Sahara Avenue #101
Las Vegas, NV 89117
```

```
GC Services
Acct No ***4913
Collection Agency Div.
POB 39050
Phoenix, AZ 85069

GC Services
Acct No ***4913
POB 26999
San Diego, CA 92196

GC Services
Acct No ***4913
POB 2667
Houston, TX 77252

GC Services
Acct No ***4913
6330 Gulfton
Houston, TX 77081

GC Services -2009
Acct No ***4913
POB 2667
Houston, TX 77252-2667

GMAC Mortgage (B)
Acct No ***7222
P O Box 780
Waterloo, IA 50704-0780

GMAC Mortgage - (B)
Acct No ****6910
P O Box 79135
Phoenix, AZ 85062-9135

GMAC Mortgage - 2008
Acct No ***7222
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213-1407

GMAC Mortgage 2009
Acct No ***7222
P O Box 12699
Glendale, AZ 85318

GMAC Mortgage 2009
Acct No ***7222
P O Box 4622
Waterloo, IA 50704-4622
```

```
GMAC Mortgage 2009
Acct No ***7222
2711 North Haskell Avenue - Suite 900
Dallas, TX 75204

GMAC Mortgage 2009 - Resident Agent
Acct No ***7222
CSC Services of Nevada, Inc
502 East John Street
Carson City, NV 89706

GMAC Mortgage LLC - Legal Department
Acct No ***7222
Member/Manager/Officer/Director
1100 Virginia Drive
Fort Washington, PA 19034

GMAC Mortgage LLC - Legal Department
Acct No ***7222
Member/Manager/Officer/Director
P O Box 12289
El Cajon, CA 92022-2289

HFC
Acct No *****8417
P.O. Box 60101
City Of Industry, CA 91716

HFC 2007
Acct No *****8417
POB 60101
City Of Industry, CA 91716-0101

HFC 2009
Acct No **5272
P O Box 8873
Virginia Beach, VA 23450

HFC 2009
Acct No *****8417
POB 4153-K
Carol Stream, IL 60197-4153

HFC 2009
Acct No *****8417
P.O. Box 60101
City Of Industry, CA 91716-0101

HFC 2009 - attn: Research
Acct No *****8417
P O Box 9068
Brandon, FL 33509
```

```
Home Depot - (B)
Acct No ***8239
POB 6028
The Lakes, NV 88901-6028

Home Depot / Citi Cards
Acct No ***8239
PO BOX 689105
Des Moines, IA 50368

Homecoming Financial
Acct No ***7222
P.O. Box 890036
Dallas, TX 75389-0036

Homecoming Financial
Acct No ***7222
P.O. Box 79135
Phoenix, AZ 85062-9135

Homecoming Financial
Acct No ***7222
2711 N Haskell Ave SW 1
Dallas, TX 75204

Homecoming Financial
Acct No ***7222
P.O. Box 4075
Coraopolis, PA 15108-6946

Homecomings Financial
Acct No ***7222
POB 890036
Dallas, TX 75389

HSBC -
Acct No ***7871
PO Box 60102
City Of Industry, CA 91716-0102

Internal Revenue Service - PA
Acct No xx/xx/xxxx - xx/xx/2008
Centralized Insolvency Operations
POB 21126
Philadelphia, PA 19114

Laurie T. Clark
Acct No ***1005
7472 West Sahara Avenue
Sterling Park - Suite 101
Las Vegas, NV 89117-2748
```

```
Laurie T. Clark, Calendar Dept
Acct No ***1005
7472 West Sahara Avenue
Sterling Park  -  Suite 101
Las Vegas, NV 89117-2748

Laurie T. Clark, Specialist
Acct No ***1005
7472 West Sahara Avenue
Sterling Park  -  Suite 101
Las Vegas, NV 89117-2748

Leading Edge Recovery Solutions
Acct No ***5266
5440 North Cumberland Avenue #300
Chicago, IL 60656-1490

Leading Edge Recovery Solutions
Acct No ***5266
P O Box 129
Linden, MI 48451-0129

Lowe's
Acct No ***2844
POB 105980/Dept. 79
Atlanta, GA 30353-5996

Lowe's (B)
Acct No ***2844
PO Box 530914
Atlanta, GA 30353-0914

Lowe's (B)
Acct No ****8127
POB 530970
Atlanta, GA 30353-0970

Lowe's 2009
Acct No ***2844
POB 530914
Atlanta, GA 30353-0914

Lowes / Capital One
Acct No ***2844
P O Box 60024
City Of Industry, CA 91716

Lowes 2007
Acct No ***2844
P O Box 530914
Atlanta, GA 30353-0914
```

National Recovery Agency
Acct No ****5946
4201 Crums Mill Road
Harrisburg, PA 17112-2824

Nationwide Credit Inc
Acct No ***1005
P O BOX 740603
Atlanta, GA 30374-0603

Nationwide Credit Inc
Acct No ***1005
P O BOX 740640
Atlanta, GA 30374-0640

Nationwide Credit Inc
Acct No ***1005
2015 Vaughn Road NW
Suite 400
Kennesaw, GA 30144-7802

Nationwide Credit Inc
Acct No ***1005
2015 Vaughn Road NW Suite 30
Kennesaw, GA 30144

Nationwide Credit Inc (amex)
Acct No ***1005
3600 East University Drive #B-1350
Phoenix, AZ 85034-7296

Real Properties Management Group (B)
Acct No *****x137 Amarillo Sky #1
P O Box 95606
Las Vegas, NV 89193

Republic Services
Acct No Rental #2
POB 78040
Phoenix, AZ 85062

Republic Services
Acct No Sanitation Svcs
770 E. Sahara Avenue
POB 98508
Las Vegas, NV 89193-8508

Republic Services (B)
Acct No Rental Home #1
POB 78040
Phoenix, AZ 85062

```
Sallie Mae
Acct No **1017
P O Box 9533
Wilkes Barre, PA 18773-9533

Sears CBSD
Acct No ***5266
PO BOX 6189
Sioux Falls, SD 57117

Sears Gold Mastercard / South Dakota
Acct No ***5266
POB 6286
Sioux Falls, SD 57117

Wells Fargo (B)
Acct No ***2398
P O Box 30086
Los Angeles, CA 90030-0086

Wells Fargo Auto Loss Recovery
Acct No ***2398
POB 30095
Walnut Creek, CA 94598

Wells Fargo Bank
Acct No ***2398
POB 30086
Los Angeles, CA 90030

Wells Fargo Bank
Acct No ***2398
POB 30086
Los Angeles, CA 90030-8086

Wells Fargo Bank Credit Line
Acct No ****8570
PO Box 54780
Los Angeles, CA 90054-0780

Wells Fargo Home Mortgage (B)
Acct No ***1998
POB 54780
Los Angeles, CA 90054

Wells Fargo Home Mortgage 2009
Acct No *****1998
POB 54780
Los Angeles, CA 90054

Wilshire Credit Corp. (B)
Acct No ***4072
POB 8517
Portland, OR 97207
```

```
Wilshire Credit Corporation
Acct No ***4072
P O Box 7195
Pasadena, CA 91109-7195

Wilshire Credit Corporation
Acct No ***4072
POB 8517
Portland, OR 97207

Wilshire Credit Corporation
Acct No ***4072
1776 S.W. Madison Street
Portland, OR 97205
```