1  Jeremy T. Bergstrom, Esq.                                          E-filed on September 25, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-95152

5  Attorneys for Secured Creditor

6  BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

7  **UNITED STATES BANKRUPTCY COURT**
   **DISTRICT OF NEVADA**
8
   In Re,                                              BK No.: BK-S-09-26685-BAM
9
   KEITH OAKLEY AKA KEITH ALAN                         Chapter 7
10 OAKLEY AND SUSAN OAKLEY AKA
   SUSAN MICHELLE OAKLEY,                              **REQUEST FOR SPECIAL NOTICE**
11
                   Debtors.
12
   TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
13 ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

14         PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

15 Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA

16 COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case

17 and all papers served or required to be served in this case (including, but not limited to, Notice

18 for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be

19 given to and served upon the undersigned at the following address and telephone number.

20         Jeremy T. Bergstrom, Esq.
           MILES, BAUER, BERGSTROM & WINTERS, LLP
21         2200 Paseo Verde Pkwy., Suite 250
           Henderson, NV  89052
22         PH (702) 369-5960

23                                           MILES, BAUER, BERGSTROM & WINTERS, LLP
   Dated:    September 24, 2009       By:    /s/ Jeremy T. Bergstrom, Esq.
24                                           Jeremy T. Bergstrom, Esq.
                                             Attorney for Secured Creditor

                                              1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on  September 25, 2009  , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
David L. Tanner
7472 W. Sahara Ave., #101
Las Vegas, NV  89117

CHAPTER 7 TRUSTEE:
Lenard E. Schwartzer
2850 S. Jones Blvd. #1
Las Vegas, NV  89146

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

　　　　　　　　　　　　　　　　   /s/ Sara Aslinger
　　　　　　　　　　　　　　　　  An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-95152/rfsnlv.dot/sla)**